

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-22-00652-CV

John **SCHUMACHER**,
Appellant

v.

Charles **TROIS**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-16882
Honorable Aaron Haas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, JUSTICE RIOS, JUSTICE
WATKINS, JUSTICE RODRIGUEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. Costs of appeal are assessed against appellant John Schumacher.

SIGNED December 23, 2024.

_____
Irene Rios, Justice